UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS ROBINSON, <br><br> Defendant. | Case No. 18-20150 <br> Honorable Laurie J. Michelson |

**ORDER ON DEFENDANT'S PRETRIAL MOTIONS [46, 47]**

Thomas Robinson is charged in a first superseding indictment with one count of possession of a firearm by a felon after law enforcement retrieved a .45 caliber semi-automatic handgun during the execution of a search warrant at Robison's residence. He is also charged with one count of conspiracy to distribute cocaine base for conduct alleged to have occurred from October 2016 through February 20, 2018. (ECF No. 18.)

Following an exchange of discovery, Defendant moved to sever the two counts pursuant to Federal Rules of Criminal Procedure 8(a) and 14, and for Disclosure of Confidential Informants pursuant to *Roviaro v. United States*, 353 U.S. 53 (1957). (ECF Nos. 46, 47.) The motions are fully briefed (ECF No. 49, 50, 51, 52) and the Court heard oral argument on February 13, 2019.

Accordingly, for the reasons stated more fully on the record in the Court's oral ruling, Defendant's Motion for Severance is GRANTED. The Motion for Disclosure of Confidential Informants remains pending while the parties work on a resolution. The Court will issue an amended scheduling order with the trial on the drug conspiracy charges to go first.

IT IS SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date: February 13, 2019

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon counsel of record on February 13, 2019, using the ECF system.

s/William Barkholz
Case Manager to
Honorable Laurie J. Michelson